**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JAMES THOMAS ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil No. 1:16-cv-00010-LPS |
| GTCR LLC; GTCR GOLDER | ) | **JURY DEMAND** |
| RAUNER, L.L.C.; GTCR GOLDER | ) | |
| RAUNER II, L.L.C.; GTCR FUND | ) | |
| VIII, L.P.; GTCR FUND VII, L.P., | ) | |
| | ) | |
| Defendants. | ) | |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants state as follows:

1.      GTCR LLC is a privately held limited liability company.  No publicly held corporation owns more than 10% of the interests in GTCR LLC.

2.      GTCR Golder Rauner, L.L.C. is a privately held limited liability company.  No publicly held corporation owns more than 10% of the interests in GTCR Golder Rauner, L.L.C.

3.      GTCR Golder Rauner II, L.L.C. is a privately held limited liability company.  No publicly held corporation owns more than 10% of the interests in GTCR Golder Rauner II, L.L.C.

4.      GTCR Fund VIII, L.P. is a privately held limited partnership.  No publicly held corporation owns more than 10% of the interests in GTCR Fund VIII, L.P.

5.      GTCR Fund VII, L.P. is a privately held limited partnership.  No publicly held corporation owns more than 10% of the interests in GTCR Fund VII, L.P.

OF COUNSEL:

Jeffrey J. Bushofsky
Nicholas M. Berg
Nicholas G. Niles
ROPES & GRAY LLP
191 North Wacker Drive
32nd Floor
Chicago, Illinois 60606
(312) 845-1200

Dated:  February 8, 2016

/s/ *Sarah E. Hickie*
A. Thompson Bayliss (#4379)
Sarah E. Hickie (#5833)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
Bayliss@abramsbayliss.com
Hickie@abramsbayliss.com

*Attorneys for Defendants*